IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WIRELESS MONITORING SYSTEMS, LLC<br><br>　　Plaintiff,<br><br>vs.<br><br>ISMART ALARM, INC. d/b/a ISMART ALARM<br><br>　　Defendant. | § § § § § § § § § § § § § | Case No: 2:16-cv-1229-JRG-RSP<br><br>LEAD CASE |
| WIRELESS MONITORING SYSTEMS LLC,<br><br>　　Plaintiff,<br><br>vs.<br><br>VIVINT, INC.<br><br>　　Defendant | § § § § § § § § § § § § | Case No: 2:16-cv-1242-JRG-RSP<br><br>CONSOLIDATED CASE |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Wireless Monitoring Systems, LLC's motion to dismiss with prejudice Defendant Vivint, Inc. pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

SO ORDERED

　　**SIGNED this 8th day of March, 2017.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE